**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ARNULFO VASQUEZ AND ALEJANDRO
MENDOZA, *individually and on behalf of*
*others similarly situated,*

                                      *Plaintiffs*,

                  -against-

YOUNG CHOW GARDEN, INC. (d/b/a NEW
ASIA CHINESE RESTAURANT), CHANG
SU, and LIYAO DOE,
                             *Defendants.*
---------------------------------------------------------X

**17-CV-05605-PGG**

**PROPOSED**
**DEFAULT JUDGMENT**

## <u>JUDGMENT</u>

This action was commenced on July 24, 2017 (Doc. No. 2). An amended complaint was

filed on August 8, 2017 (Doc. No. 11). A Second Amended Complaint was filed on November 1,

2018. (Doc. No. 42). Summonses were issued for the corporate defendants (Doc. Nos. 50, 53 and

54) and the individual defendants (Doc. Nos. 49, 51 and 52) on November 2nd, 2018. Service was

then made on Young Chow Garden, Inc. (d/b/a New Asia Chinese Restaurant), New Asia

Restaurant Inc., Dragon House, Inc., Liyao Doe and Shao B. Zhu (*see* Doc. Nos. 55-60).

To date, no Defendant has answered the Complaint or otherwise appeared or moved, and

the Clerk of this Court has certified the default of Defendants Young Chow Garden, Inc. (d/b/a

New Asia Chinese Restaurant), New Asia Restaurant Inc., Dragon House, Inc., Liyao Doe and

Shao B. Zhu (Doc. Nos. 29-31). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is

hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiffs have judgment jointly and severally against the Defendants Young Chow

Garden, Inc. (d/b/a New Asia Chinese Restaurant), New Asia Restaurant Inc., Dragon House, Inc.,

Liyao Doe and Shao B. Zhu, in the amount of $82,638.46, including (A) compensatory damages for unpaid minimum wages in the amount of $22,807, (B) liquidated damages for unpaid minimum wages under the FLSA/NYLL in the amount of $22,807, (C) unpaid spread of hours pay in the amount of $1,022 (D) liquidated damages for unpaid spread of hours pay in the amount of $1,022, (E) statutory damages for violation of New York Labor Law § 195 in the amount of $30,000, and (G) pre-judgment interest on unpaid minimum wages calculated at the rate of 9% per annum until to the date of judgment, and totaling $4,772.49 as of March 15, 2019; (H) pre-judgment interest on spread of hours damages to be calculated at the rate of 9% per annum to the date of judgment and totaling $201.96 as of March 15, 2019.

That the Plaintiff is awarded attorney's fees in the amount of $10,642.50, and costs in the amount of $1,171.00,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:        New York, New York
              _____, 2019

                                    _____
                                          PAUL G. GARDEPHE
                                        UNITED STATES DISTRICT JUDGE

                                    This document was entered on the docket on
                                          _____.

To:
    Young Chow Garden, Inc. (d/b/a New Asia Chinese Restaurant)
    &
    New Asia Restaurant, Inc.
    &

- 3 -

Dragon House, Inc.
&
Shao B. Zhu
&
Liyao Doe (a.k.a. Joey)
666 Amsterdam Avenue
New York, NY 10025